

PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 20 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

U.S.A. vs.        Heather Erica DeWebber        Docket No.        2:13CR06054-003 -EFS

### Petition for Action on Conditions of Pretrial Release

    COMES NOW    David L. McCary, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Heather Erica Dewebber, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 4 day of October, 2013 under the following conditions:

**Standard Condition of Release No. 1:** Defendant shall not commit any offense in violation of federal, state, or local law.  Defendant shall advise the supervising Pretrial Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement.  Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

**Additional Condition of Release No. 20:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month.  Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the defendant is using a prohibited substance.  Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.  Full mutual releases shall be executed to permit communication between the Court, Pretrial Services, and the treatment vendor.  Treatment shall not interfere with defendant's court appearances.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation No. 1:** Heather Dewebber is considered in violation of her period of pretrial supervision by providing false information to the Pacific Northwest Violent Gangs Task Force on November 14, 2013.

**Violation No. 2:** Heather Dewebber is considered in violation of her period of pretrial supervision by using a controlled substance, heroin, on or prior to November 4, 2013.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    11/19/2013

by    s/David L. McCary

David L. McCary
U.S. Probation Officer

PS-8
Re: DeWebber, Heather Erica
November 19, 2013
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

11/20/13
Date