PS 8
(5/04)

# UNITED STATES DISTRICT COURT
### for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 20 2014

SEAN P. MCAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

U.S.A. vs.        Dewebber, Heather Erica        Docket No.    0980 2:13CR06054-003

## Petition for Action on Conditions of Pretrial Release

COMES NOW David L. McCary, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Heather Erica Dewebber, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 3 day of October 2013 under the following conditions:

**Additional Condition of Release No. 20:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing. Full mutual releases shall be executed to permit communication between the Court, Pretrial Services, and the treatment vendor. Treatment shall not interfere with defendant's court appearances.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation No. 1:** Heather Dewebber is considered in violation of her period of pretrial supervision by using a controlled substance, hydrocodone, on or prior to February 18, 2014.

**Violation No. 2:** Heather Dewebber is considered in violation of her period of pretrial supervision by attempting to falsify her urine test on February 18, 2014.

**Violation No. 3:** Heather Dewebber is considered in violation of her period of pretrial supervision by using a controlled substance, heroin, on or prior to February 19, 2014.

### PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    February 20, 2014

by    s/David L. McCary

David L. McCary
U.S. Pretrial Services Officer

PS-8
Re: Dewebber, Heather Erica
Page 2

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*James P. Hutton*
Signature of Judicial Officer

2/20/14
Date